**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-03837-RMR-NRN

MYKAELA MOORE,
SYDNEY GOMES,
SULLIVAN MOON,
KENNEDY HARA,
DRAKE HARMAN,
JARREL OKOROUGO, and
ANDREW ZIELINSKI,
on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,

Defendant.

---

**DECLARATION OF RUBEN HONIK IN SUPPORT OF PLAINIFFS' MOTION FOR CLASS CERTIFICATION**

---

I, Ruben Honik, hereby declare as follows:

1. I am a partner at Honik LLC. During the pendency of this litigation, my firm the Plaintiffs, who seek a preliminary injunction in this action. I make this declaration based on my personal knowledge and if called as a witness I could and would competently testify to the matters stated herein.

2. I submit this declaration in support of Plaintiffs' Motion for Class Certification.

3. Plaintiffs' claims and interests are typical of, and coextensive with, those of other proposed settlement class members. Plaintiffs have worked with their counsel throughout this matter. They have and will continue to adequately and fairly protect the interests of the proposed settlement class.

4. Plaintiffs' and other settlement class members' claims implicate common questions of law and fact, as each's claims would turn on the same alleged conduct, and Plaintiffs seek remedies that are equally applicable to and beneficial for themselves as to other settlement class members. Plaintiffs' interests are aligned with and are not antagonistic to those of the Settlement Class.

5. Plaintiffs are represented by qualified counsel with substantial experience and expertise.

6. Ruben Honik of Honik LLC is a preeminent trial attorney with a national practice and reputation with over forty (40) years of experience. His firm, Honik LLC, specializes in complex litigation, including an emphasis on consumer class actions and other complex matters. A Past President of the Pennsylvania Trial Lawyers Association (2007-08) and the Philadelphia Trial Lawyers Association, he has served and/or been court appointed to leadership positions (Lead, Co-Lead, Executive or Steering Committees) in numerous MDLs, both class and individual actions, and other complex litigation including: *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*, No. 1:18-md-2875 (D.N.J.); *In re Metformin Marketing and Sales Practices Litigation*, No. 2:20-cv-02324 (D.N.J.); *In re Fresenius Granuflo/Naturalyte Dialysate Products*

*Liability Litigation*, No. 13-md-2428 (D. Mass.); *Cullen et al. v. Whitman Medical Corporation d/b/a Whitman Education Group, Inc., et al.*, 197 F.R.D. 136 (E.D. Pa.); *In re Budeprion XL Marketing & Sales Litigation*, MDL No. 2107 (E.D. Pa.); *In re Checking Account Overdraft Litigation*, MDL No. 2036 (S.D. Fla.); *Mattel Lead Paint Class Action,* MDL No. 1897 (E.D. Pa.); *David v. American Suzuki Motor Corp.*, No. 08-CV-22278 (S.D. Fla.); and *In re Intuniv Antitrust Litigation*, No. 16-cv-12653 (D. Mass.). Mr. Honik has been recognized as a Super Lawyer and is AV Preeminent as recognized by Martindale-Hubbell.

7. David J. Stanoch, of Honik LLC, has practiced law since 2003 and focuses on complex class action and regulatory matters. He currently serves as Plaintiffs' Liaison Counsel in the *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*, No. 18-md-2875 (D.N.J.) and co-lead counsel in *In re Hershey Chocolate Litigation*, No. 1:24-cv-1868 (M.D. Pa.), and has played key roles in many other class and consolidated actions, including achieving favorable resolutions in various matters including: *Candido v. Upper Darby Township*, No. 2:23-cv-01542 (E.D. Pa.); *Krimes v. JPMorgan Chase Bank*, N.A., Civ. A. No. 2:15-cv-05087-ER (E.D. Pa.); *Moore v. Angie's List, Inc.*, No. 2:15-cv-01243 (E.D. Pa.); *In re Intuniv Antitrust Litigation*, No. 16-cv-12653 (D. Mass.); *White v. Sunoco*, No. 16-cv-2808 (E.D. Pa.); and *Brill v. Bank of America, N.A.*, No. CV-16-03817 (D. Ariz).

8. Honik LLC has also enlisted highly qualified co-counsel, including The Casey Law Firm, LLC and Moritt Hock & Hamroff LLP, to collaborate on this matter. Each has substantial experience in pertinent areas such as class action practice, antitrust law, and sports law.

9. Each exhibit attached to Plaintiffs' Motion for Class Certification are true and correct copies of what each exhibit purports to be.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 28th day of August 2026, in Philadelphia, Pennsylvania



Ruben Honik