**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-03837-RMR-NRN

MYKAELA MOORE,
SYDNEY GOMES,
SULLIVAN MOON,
KENNEDY HARA,
DRAKE HARMAN,
JARREL OKOROUGO, and
ANDREW ZIELINSKI,
on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,

Defendant.

---

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

---

Plaintiffs hereby move for a preliminary injunction to enjoin Defendant National Collegiate Athletic Association ("NCAA") from all actions relating to the implementation of Bylaw 12.6, or any other Bylaw, to preclude Plaintiffs and Class Members from participating in NCAA athletics, as set forth more fully below and in the accompanying memorandum, pursuant to Federal Rule of Civil Procedure 65, Section 1 of the Sherman Act, and Section 16 of the Clayton Act, 15 U.S.C. §§ 1, 26.

Plaintiffs and Class Members are student-athletes in one of two discrete groups that were *not* part of the class recently certified in *Wisne v. NCAA*, No. 26-cv-03063 (D. Colo.): (i) student-athletes from Division II or Division III schools in the Transfer Portal wishing to transfer to a Division I school for what would be a fifth year of collegiate competition ("the Division I Transfer Class"); and (ii) student-athletes already at a Division II school looking to compete for a Division II school for a fifth year ("the Division II Class").

This Motion is based on the Complaint on file in this case; the supporting Memorandum of Points and Authorities; the Declarations of Plaintiffs; and upon such oral and other documentary evidence as may be presented at the time of the hearing on this application.

DATED: August 28, 2026

Respectfully submitted,

By: */s/ Ruben Honik*

HONIK LLC
Ruben Honik
David J. Stanoch
1515 Market St., Suite 1100
Philadelphia, PA 19102
Tel: 267-435-1300
Email: ruben@honiklaw.com
Email: david@honiklaw.com

MORITT HOCK & HAMROFF LLP
Daniel Lust*
Lauren Bernstein*
400 Garden City Plaza
Garden City, NY 11530

Tel: 516-873-2000
Email: dlust@moritthock.com
Email: lbernstein@moritthock.com

M. Ryan Casey (Colorado Bar No. 45939)
THE CASEY LAW FIRM, LLC
P.O. Box 1055
Silverthorne, CO 80498
Tel: 970-372-6509
Email: ryan@rcaseylaw.com

Max S. Roberts
BURSOR & FISHER, P.A.
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel: 646-837-7150
mroberts@bursor.com

* *Admission pending*

*Attorneys for Plaintiffs and the Proposed Classes*

## CERTIFICATE OF SERVICE

On this 28th day of August, 2026, I caused a true and correct copy of the foregoing to be filed and served on all counsel of record via the Court's CM/ECF system.

*/s/ David J. Stanoch*
David J. Stanoch