# EXHIBIT 3

Docusign Envelope ID: 5226A06C-3EE6-8B67-8204-BD2519B5C1F1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-03837-RMR-NRN

MYKAELA MOORE,
SYDNEY GOMES,
SULLIVAN MOON,
KENNEDY HARA,
DRAKE HARMAN,
JARREL OKOROUGO, and
ANDREW ZIELINSKI,
on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,

Defendant.

---

**DECLARATION OF MYKAELA MOORE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

---

Docusign Envelope ID: 5226A06C-3EE6-8B67-8204-BD2519B5C1F1

I, Mykaela Moore, hereby declare as follows:

1. I am one of the Plaintiffs in this action, which has been brought as a class action complaint. I am 22 years old, and was born and grew up in my hometown of Windsor, Colorado. This declaration is based on my own personal knowledge. I am over the age of 18 and suffer from no disability that would prevent me from making this declaration.

2. I graduated Windsor High School in 2022 and enrolled in Colorado Christian University, a Division II school in the Rocky Mountain Athletic Conference. As a freshman, I played as women's basketball guard at Colorado Christian.

3. After my freshman year, I transferred to Colorado Mesa University, another Division II school in the Rocky Mountain Athletic Conference. I played women's basketball for three years at Colorado Mesa. I put in the time and effort to steadily increase my playing time and statistics year-over-year, culminating in senior-year season-highs in multiple categories. I also earned All-Conference, Academic All-Conference, and Conference All-Tournament honors. Our team won the conference every year I was there, and advanced to the NCAA Tournament each year. It was a great moment for me, my team, and my school when we won the RMAC tournament championship in my fourth year.

4. I earned scholarship support and NIL compensation while competing for Colorado Mesa University.

5. I would like nothing more than to continue my education at Colorado Mesa and to continue playing basketball there for a fifth year. It was indicated to me that I would be welcome back to compete for a fifth year, except the NCAA's Division II Rule doesn't allow me to do so. Also, because of this rule, I will not be able to earn any more scholarship support or NIL compensation.

6. It strikes me as very unfair that the NCAA's Division Rule II prevents me and other Division II athletes who just happened to graduate high school in 2022 from competing for a fifth

Docusign Envelope ID: 5226A06C-3EE6-8B67-8204-BD2519B5C1F1

year. I do not understand how the NCAA can let other athletes younger and older than me compete for five years, but not me and others like me. I am not mad about my peers, I just want the same opportunity to play and pursue further education that they have. My collegiate experience, both academically and athletically, is very important to me. I just want the chance at an equal opportunity to continue my education, with the scholarship support and benefits I needed, and to finish my collegiate athletic year on a strong note in a fifth year.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 28th day of August 2026.

Signed by:
Mykaela Moore
5EF1A8B18F8B4CF...

Mykaela Moore