# EXHIBIT 4

Docusign Envelope ID: 83545EFF-24D3-8CBD-809C-92229F0DB286

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-03837-RMR-NRN

MYKAELA MOORE,
SYDNEY GOMES,
SULLIVAN MOON,
KENNEDY HARA,
DRAKE HARMAN,
JARREL OKOROUGO, and
ANDREW ZIELINSKI,
on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,

Defendant.

---

**DECLARATION OF SYDNEY GOMES IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

---

Docusign Envelope ID: 83545EFF-24D3-8CBD-809C-92229F0DB286

I, Sydney Gomes, hereby declare as follows:

1. I am one of the Plaintiffs in this action, which has been brought as a class action complaint. I am 22 years old and I am from Florida. This declaration is based on my own personal knowledge. I am over the age of 18 and suffer from no disability that would prevent me from making this declaration.

2. After graduating Nease High School in Florida in 2022, I studied at and played four seasons of Division II basketball for Florida Southern College.

3. Academically, I made academic honor roll all four years, maintaining a 3.97 GPA. I also was named to the CSC Aademic All-District Team and was an Academic All-American.

4. Athletically, I was named Sunshine State Conference Player of the Year, a WBCA All-American, and South Region First Team. I earned several athletic accolades during my career. These included my having over 1,000 points, 500 rebounds, and 300 assists during my career, making me only the second player in Florida Southern women's basketball history to accomplish this.

5. I was fortunate to receive athletic scholarship support at Florida Southern College.

6. I am currently pursuing my MBA at the University of Tampa and am currently on an athletic scholarship in the hopes I am granted eligibility to compete in a fifth year. If I am not granted eligibility, I will no longer be able to attend the University of Tampa because the cost of attendance is over $60,000 without my scholarship. I would then have to unenroll from the MBA program and take a gap year before continuing my education at a later semester. This would put me behind in what matters most to me, which is my education.

7. I want to continue my education and compete in a fifth year of collegiate sports. I entered the NCAA Transfer Portal, and has been contacted my multiple schools in Division I and Division

Docusign Envelope ID: 83545EFF-24D3-8CBD-809C-92229F0DB286

II alike about playing for them. With these opportunities comes scholarship support and potential NIL compensation.

8. I would gladly accept one of the invitations of interest to attend a Division I school or Division II school to continue my education and compete in a fifth year. That is why I entered the Transfer Portal in the first place.

9. I cannot take advantage of any opportunities or interest in my transfer because of the NCAA's Division I Transfer Rule (and the Division II Rule, if I were to play at University of Tampa). This means I need to pay for my graduate education myself which I cannot do at this time, and miss out on an important fifth year of competition. I feel I should have an equal opportunity to compete for a fifth year, like other players or teammates I know who graduated before or after me.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 28th day of August 2026.

Signed by:
Sydney Gomes
05372688439C4B1...

Sydney Gomes