# EXHIBIT 5

Docusign Envelope ID: E18E7180-3E62-818A-82BF-3CC9F232FBA9

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-03837-RMR-NRN

MYKAELA MOORE,
SYDNEY GOMES,
SULLIVAN MOON,
KENNEDY HARA,
DRAKE HARMAN,
JARREL OKOROUGO, and
ANDREW ZIELINSKI,
on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,

Defendant.

---

**DECLARATION OF SULLIVAN MOON IN SUPPORT OF PLAINIFFS' MOTION FOR PRELIMINARY INJUNCTION**

---

Docusign Envelope ID: E18E7180-3E62-818A-82BF-3CC9F232FBA9

I, Sullivan Moon, hereby declare as follows:

1. I am one of the Plaintiffs in this action, which has been brought as a class action complaint. I am 22 years old and am originally from Colorado. This declaration is based on my own personal knowledge. I am over the age of 18 and suffer from no disability that would prevent me from making this declaration.

2. I graduated from my high school, Cheyene Mountain High School, in Colorado Springs, Colorado, in 2022. After high school, I enrolled at Colorado State University Pueblo. I then transferred to Colorado Mesa University. Both are Division II schools. I was fortunate to receive scholarship support.

3. I played men's football, as a kicking specialist, at both Colorado State and Colorado Mesa. In my first year at Colorado Mesa, among other things, I was named to the NFF Academic All-Colorado First-Time, the RMAC Special Teams Player of the Week (Sept. 16), and averaged 41.2 yards per punt with a long of 68 yards. In my second year at Colorado Mesa, which was my fourth year of collegiate competition, among other things I was named RMAC Special Teams Player of the Seek (Sept. 1) after averaging 48.5 yards per punt.

4. I was and remain very interested in competing for a fifth year of collegiate eligibility. I timely entered the NCAA's Transfer Portal to explore my options to complete my education and compete a fifth year at another NCAA school, including at a Division I school.

5. I have received multiple invitations of interest to compete in NCAA college athletics for what would be my fifth year of eligibility. This interest included a Division I school, the University of Arizona. I have been practicing with their football this summer in the hopes of competing with them this coming football season, which is starting very soon.

Docusign Envelope ID: E18E7180-3E62-818A-82BF-3CC9F232FBA9

6. Unfortunately, I have been told that, because I graduated high school in 2022 and already competed for four years, I cannot compete a fifth year like other student-athletes younger or older than me.

7. I am losing opportunities due to the NCAA's Division I Rule. Scholarship support and NIL compensation is at risk if I cannot compete for a fifth year of eligibility. Just as important to me, I am losing out on the chance to hone my skills another year and to prepare and present myself the best possible way for what comes next after college.

8. I don't understand how it is fair that the NCAA can single me and others like me out, and block us from competing a fifth year. I want for me, and others like me, to have what a lot of other student-athletes have under the NCAA's rules—an equal opportunity to compete for a fifth year of eligibility and to maintain scholarship and other benefits to finish out what should be a memorable and important fifth year.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 28th day of August 2026.

Signed by:
C6008973E6E646F...

Sullivan Moon