# EXHIBIT 6

Docusign Envelope ID: 34EAE2AA-D712-8A0D-816C-04986B84BA41

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-03837-RMR-NRN

MYKAELA MOORE,
SYDNEY GOMES,
SULLIVAN MOON,
KENNEDY HARA,
DRAKE HARMAN,
JARREL OKOROUGO, and
ANDREW ZIELINSKI,
on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,

Defendant.

---

**DECLARATION OF KENNEDY HARA IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

---

Docusign Envelope ID: 34EAE2AA-D712-8A0D-816C-04986B84BA41

I, Kennedy Hara, hereby declare as follows:

1. I am one of the Plaintiffs in this action, which has been brought as a class action complaint. I am 22 years old and am from Hawaii. This declaration is based on my own personal knowledge. I am over the age of 18 and suffer from no disability that would prevent me from making this declaration.

2. In 2022, I graduated from my high school, Mid-Pacific Institute, Oahu, Honolulu, Hawaii. From there, I attended Colorado Mesa University, where I majored in business analytics and competed on the Division II baseball teams for four years. While at Colorado Mesa, I studied and practiced hard. As of my senior year, I held a 3.73 GPA. I also was named to the RMAC Academic Honor Roll multiple times. In my junior year, I was named to the All-RMAC Second Team and CSC Academic District, and started all 56 games for my baseball team. In my senior year, I started in all but one of my team's 60 games. I also earned First Team All-South Central Region honors from both the American Baseball Coaches Association and National Collegiate Baseball Writers Association, was named a First-Team All-RMAC infielder, and am 14th in the nation for doubles (22) this past season and led my conference while ranking eighth in the country for sacrifice bunts (8). Additionally, I finished fourth in the RMAC for runs scored with 68 and hit .384 with 78 hits, including six home runs, while racking up 57 RBIs.

3. I was fortunate to receive scholarship support.

4. I would like nothing more than to stay at Colorado Mesa for a fifth year to complete my studies and compete with the baseball team. I have been informed that the team would be very interested in my doing so, which would continue the scholarship support and other benefits I've received so far. The NCAA Division II Rule though means I cannot do this.

5. College athletics prides itself of fairness, as well as equal opportunity and treatment. The NCAA's Division II Rule is inconsistent with these principles. I do not see a logical reason why

Docusign Envelope ID: 34EAE2AA-D712-8A0D-816C-04986B84BA41

an athlete like me cannot compete for a fifth year simply because I happened to graduate high school in 2022, and have already competed for four years. My other teammates who are older or younger than can compete for five years. I don't blame them. I just want equal treatment for myself and others like me, to be able to compete for a fifth year as well. Otherwise, all of us will lose out on the personal, academic, athletic, and financial opportunities and benefits available in a fifth year of eligibility.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 28th day of August 2026.

Signed by:
A0C8B2D60DE143F
Kennedy Hara