# EXHIBIT 7

Docusign Envelope ID: 27004A4A-9869-8A9B-830D-85208B404721

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-03837-RMR-NRN

MYKAELA MOORE,
SYDNEY GOMES,
SULLIVAN MOON,
KENNEDY HARA,
DRAKE HARMAN,
JARREL OKOROUGO, and
ANDREW ZIELINSKI,
on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,

Defendant.

---

**DECLARATION OF JARREL OKOROUGO IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

---

Docusign Envelope ID: 27004A4A-9869-8A9B-830D-85208B404721

I, Jarrel Okorougo, hereby declare as follows:

1. I am one of the Plaintiffs in this action, which has been brought as a class action complaint. I am 23 years old and am originally from Massachusetts. This declaration is based on my own personal knowledge. I am over the age of 18 and suffer from no disability that would prevent me from making this declaration.

2. I graduated from Brimmer and May high school in Massachusetts in 2022. I then went to Trinity College – Hartford, a Division III school. I has competed there for four years. This last season, I worked hard to achieve career-highs in fields goals (199), points (467), and scoring (15.6). Earlier this year, I was honored to become the seventh player in my school's history to receive two or more National Association of Basketball Coaches ("NABC") All-District selections, and to be named a D3hoops.com All-American.

3. While studying at and competing with Trinity College, I received scholarship or related support.

4. I really want to compete for a fifth year. I entered the Transfer Portal and want to transfer to a Division I school. That would be an amazing, potentially life-changing opportunity for me personally, academically, and professionally. I have conversations or interest about transferring, which would also involve some scholarship support or NIL compensation.

5. But, I have been told that I can't compete for a fifth year because of the NCAA's Division I Transfer Rule.

6. This is not fair. Athletes like me should have the same fair chance to compete for a fifth year, like others who graduated high school before or after me. I have worked hard for four years to position myself as best as I can for a fifth year of eligibility and beyond. Now, I am going to lose out on all of that because of the NCAA's Division I Transfer Rule.

Docusign Envelope ID: 27004A4A-9869-8A9B-830D-85208B404721

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 28th day of August 2026.

Signed by:

115ADD8D8852496...

Jarrel Okorougo