# EXHIBIT 8

Docusign Envelope ID: B5A049C6-324F-82F8-839B-A568C88C8540

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-03837-RMR-NRN

MYKAELA MOORE,
SYDNEY GOMES,
SULLIVAN MOON,
KENNEDY HARA,
DRAKE HARMAN,
JARREL OKOROUGO, and
ANDREW ZIELINSKI,
on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,

Defendant.

---

**DECLARATION OF DRAKE HARMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

---

Docusign Envelope ID: B5A049C6-324F-82F8-839B-A568C88C8540

I, Charles "Drake" Harman, hereby declare as follows:

1. I am one of the Plaintiffs in this action, which has been brought as a class action complaint. I am 23 years old and am from Florida. This declaration is based on my own personal knowledge. I am over the age of 18 and suffer from no disability that would prevent me from making this declaration.

2. I am a 2022 graduate of Bloomingdale Senior High School in Florida. After high school, I first went to a junior college, Santa Fe College, where I played baseball for two years. Next, I transferred to University of Tampa, and the year after that transferred to Georgia Southwestern University. Both of these are Division II schools, and I played on the men's baseball teams at both schools. Most recently, at Georgia Southwestern, I achieved single-game statistical highs for hits (4), RBIs (5), and runs scored (4), among other recognitions. Between my last two Division II schools, I received scholarship support.

3. I would love to stay at Georgia Southwestern to complete my education and compete on the baseball team for fifth year. I am told a baseball scholarship is waiting for me if I stay.

4. I can't do this because of the NCAA's Division II Rule. If I want to complete my degree, I will need to pay out of my own pocket. And I will not be able to play on the baseball team.

5. This is a very unfair situation. At University of Tampa, I competed against athletes who were in their fifth or sixth year, either because they were granted an extra year or because of some other technicality.

6. Student athletes like me, who have worked hard to compete for four years and received needed scholarships or NIL compensation to pay for their education, should be able to compete for a fifth year, just like others who have done so and are doing so right now. I want the NCAA to do the right thing and treat me and others like me fairly and equally.

Docusign Envelope ID: B5A049C6-324F-82F8-839B-A568C88C8540

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 28th day of August 2026.

Signed by:

D0E40BD13E8749A...

Drake Harman