# EXHIBIT 9

Docusign Envelope ID: CB0A581A-AD18-8DEA-809F-2BF1D056E931

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-03837-RMR-NRN

MYKAELA MOORE,
SYDNEY GOMES,
SULLIVAN MOON,
KENNEDY HARA,
DRAKE HARMAN,
JARREL OKOROUGO, and
ANDREW ZIELINSKI,
on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,

Defendant.

---

**DECLARATION OF ANDREW ZIELINSKI IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

---

Docusign Envelope ID: CB0A581A-AD18-8DEA-809F-2BF1D056E931

I, Andrew Zielinski hereby declare as follows:

1. I am one of the Plaintiffs in this action, which has been brought as a class action complaint. I am 22 years old and am a Mississippi native. This declaration is based on my own personal knowledge. I am over the age of 18 and suffer from no disability that would prevent me from making this declaration.

2. I graduated in 2022 from Ocean Springs High School in Mississippi. I first went to Mississippi Gulf Coast Community College, a junior college ("JUCO"), in 2022, where I competed on the men's golf team in Southern Division of the Mississippi Association of Community Colleges Conference ("MACCC"). In 2024, I transferred to Lee University, a Division II school in the Gulf South Conference ("GSC"), where I studied health science and also competed on the men's golf team. I attained a number of achievements at Lee, including 2026 GSC Commissioner Trophy Winner, 2026 Ping First Team All-American, 2026 GSC Golder of the Year, 2026 Ping All-Region, and 2026 GSC All-Academic. I was also honored to be the first-ever Division II golfer to earn a PGA Tour exemption. I received scholarship support during my time at Lee University.

3. I am very committed to my education and golf. Both are immensely important in my life. I entered the Transfer Portal because I want to earn my degree and play golf in my fifth year at a Division I school. I've received interest to do so, which would be an amazing academic and athletic opportunity for me, not to mention the scholarship support, NIL compensation, and greater ability to set myself up for whatever may come next professionally after college.

4. Because of the Division I Transfer Rule, I cannot transfer and capitalize on the opportunities available to me, simply because I graduated high school in 2022 and already competed collegiately for four years. It is difficult for me to understand how this is fair to student athletes like me, and why the NCAA has chosen to do this. The NCAA is supposed to be about putting the student athletes first. What the NCAA is doing now is hurting me and others like me,

Docusign Envelope ID: CB0A581A-AD18-8DEA-809F-2BF1D056E931

not helping or protecting them. Once the window of opportunity closes for me and other like me, it will never open.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 28th day of August 2026.

Signed by:

1CEF187F0FDF43E...

Andrew Zielinski