**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-03837-RMR-NRN

MYKAELA MOORE,
SYDNEY GOMES,
SULLIVAN MOON,
KENNEDY HARA,
DRAKE HARMAN,
JARREL OKOROUGO, and
ANDREW ZIELINSKI,
on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,

Defendant.

---

**DECLARATION OF RUBEN HONIK IN SUPPORT OF PLAINIFFS' MOTION FOR PRELIMINARY INJUNCTION**

---

I, Ruben Honik, hereby declare as follows:

1. I am a partner at Honik LLC and counsel for Plaintiffs in this litigation. I make this declaration based on my personal knowledge and if called as a witness I could and would competently testify to the matters stated herein.

2. I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction.

3. Each exhibit attached to Plaintiffs' Motion for Preliminary Injunction are true and correct copies of what each exhibit purports to be.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 28th day of August 2026, in Philadelphia, Pennsylvania

______________________________

Ruben Honik